605 A.2d 330

**COMMONWEALTH of Pennsylvania, Appellant,**

**v.**

**Gerald Lee BENNETT.**

Supreme Court of Pennsylvania.

Argued March 9, 1992.

Decided April 16, 1992.

David J. Flower, Dist. Atty., Carolann A. Young, Asst. Dist. Atty., Somerset, for appellant.

Mark D. Persun (Withdrawn) (Court-appointed), Walter C. Pruchnik, Jr., Johnstown, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

NIX, C.J., and FLAHERTY and McDERMOTT, JJ., dissent.